PS 8
(Rev.7/13)

UNITED STATES DISTRICT COURT
for the
Southern District of Texas
Corpus Christi Division

United States District Court
Southern District of Texas
**ENTERED**
March 19, 2025
Nathan Ochsner, Clerk

U.S.A. vs. David Vargas-Muniz                                Docket No. 2:24CR00289-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW, Jesus O. Botello, United States Probation Officer, presenting an official report upon the conduct of defendant, David Vargas-Muniz, who was placed on pretrial supervision by United States Magistrate Judge Julie K. Hampton on May 30, 2024, under conditions of release including:

(1) **The defendant must not violate federal, state, or local law while on release.**

**Previous Court Action:**
The defendant last appeared before United States Magistrate Judge Jason B. Libby on July 31, 2024, for a re-arraignment hearing. At the time of this hearing, the defendant plead guilty to the charged offense of transportation of an undocumented alien.

**U.S. Probation petitions Court to act for this cause:**

On March 7, 2025, U.S. Probation Officer Jesus O. Botello was notified that Mr. David Vargas-Muniz received a citation on February 20, 2025, for an Assault Causes Bodily Injury incident that occurred on February 18, 2025.

According to officers with the Wilmer, Texas, Police Department, on February 18, 2025, Mr. David Vargas-Muniz was involved in a verbal altercation in the workplace breakroom with co-worker, Jasmien Lashun. Jasmien left the breakroom and returned to her office. Mr. Vargas-Muniz followed Jasmien and once Mr. Vargas-Muniz was at the window of Jasmien's office, he continued yelling at her and threw a Febreze air freshener can at her, hitting her in her right thigh, causing her pain. Jasmien contacted 9-1-1. Mr. Vargas-Muniz left the location before police officers arrived on scene. Once officers arrived on scene, Jasmien provided a written statement advising she was considering going to the doctor for further evaluation. On February 20, 2025, police officers met with Mr. Vargas-Muniz and issued him a citation for this offense.

**PRAYING THAT THE COURT WILL ORDER** the issuance of a warrant so the defendant can be brought before the Court to show why his conditions of release should not be revoked.

David Vargas-Muniz
Docket No. 2:24CR00289-001
Pg. 2

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. |
|---|---|
| March 18, 2025<br>Considered and ordered this date _____ and ordered filed and made part of the records in the above case. A warrant shall issue.<br><br>_____<br>U.S. District Judge David S. Morales<br><br>SUSPO: __EEC__ | _____<br>Jesus O. Botello<br>U.S. Probation Officer<br><br>Place: <u>Corpus Christi, Texas</u><br><br>Date: <u>March 14, 2025</u> |